IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COURTNEY CONNOLLY,<br><br>　　　　　Plaintiff(s),<br>　　v.<br>THE SANTA CRUZ SHERIFF'S DEPARTMENT, et. al.,<br><br>　　　　　Defendant(s).<br>_____/ | CASE NO. 5:13-cv-05714 EJD<br><br>**ORDER TO SHOW CAUSE** |

On December 18, 2013, the court issued an order which scheduled the above-entitled action for a Case Management Conference on May 9, 2014, and required the parties to file a Joint Case Management Conference Statement on or before May 2, 2014. See Docket Item No. 5. Defendants and Third Party Defendant filed their own Joint Case Management Statement in response to the order after attempting to obtain Plaintiff's input. See Docket Item No. 22. As of the date and time this order was filed, Plaintiff has not complied.

It appears that Plaintiff has abandoned this action. Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order. If Plaintiff does not, **by May 21, 2014,** file a Case Management Conference Statement or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss her complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by

1

the court.

In light of this order, the Case Management Conference scheduled for May 9, 2014, is VACATED and will be reset by the court if necessary. In addition, this action, including all matters related to discovery, are STAYED pending resolution of the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: May 7, 2014

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COURTNEY CONNOLLY,

        Plaintiff,

  v.

THE SANTA CRUZ SHERIFF POLICE DEPARTMENT ET AL

        Defendant.
                                                 /

Case Number: CV-13-05714 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Courtney Connolly
P.O. Box 825
Soquel, CA 95073

Dated: May 7, 2014

                                               Richard W. Wieking, Clerk
                                               /s/ By: Elizabeth Garcia, Deputy Clerk